No. 23-55714

# In the United States Court of Appeals for the Ninth Circuit

CHAYA LOFFMAN, ET AL.,

Plaintiffs-Appellants,

v.

CALIFORNIA DEPARTMENT OF EDUCATION, ET AL.,

Defendants-Appellees.

Appeal from the United States District Court
for the Central District of California
Honorable Josephine L. Staton
(2:23-cv-01832-JLS-MRW)

## PLAINTIFFS-APPELLANTS' MOTION FOR A 14-DAY EXTENSION OF TIME TO FILE

ERIC C. RASSBACH
  *Counsel of Record*
DANIEL L. CHEN
THE BECKET FUND FOR
  RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW
  Suite 400
Washington, DC 20006
(202) 955-0095
*erassbach@becketlaw.org*

*Counsel for Plaintiffs-Appellants*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiffs-Appellants Jean & Jerry Friedman Shalhevet High School and Samuel A. Fryer Yavneh Hebrew Academy state that they do not have a parent corporation and do not issue any stock.

/s/ Eric C. Rassbach
Eric C. Rassbach

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rules 27-1 and 31-2.2, Plaintiffs-Appellants respectfully request a 14-day extension of time in which to file their Opening Brief and Excerpts of Record. In support of their motion, Plaintiffs-Appellants have attached a Declaration of Eric Rassbach and on the basis of that Declaration state:

1. On July 25, 2023, Plaintiffs requested a transcript of the July 21, 2023, preliminary injunction hearing from the court reporter.
2. Plaintiffs-Appellants filed their Notice of Appeal on August 14, 2023. Dkt. 51, *Loffman v. Cal. Dep't of Educ.*, No. 2:23-cv-1832-JLS-MRW (C.D. Cal. Aug. 14, 2023).
3. On August 16, 2023, this Court issued an Order setting the filing deadline for Plaintiffs-Appellants' Opening Brief and Excerpts of Record for September 11, 2023.
4. On August 22, 2023, Plaintiffs-Appellants requested a 30-day extension to file their Opening Brief and Excerpts of Record.
5. On August 29, 2023, this Court granted Plaintiffs-Appellants' extension of time, making Plaintiffs-Appellants' Opening Brief and Excerpts of Record due on October 11, 2023.
6. Due to additional deadlines (including a series of new, unexpected deadlines) in other cases and the court reporter's delay in providing the preliminary injunction hearing transcript, Plaintiffs-Appellants have substantial need supporting a limited, 14-day extension to file their Opening Brief and Excerpts of Record:

1

a. On September 26, 2023, the District of Colorado set a preliminary injunction brief and a motion to dismiss brief due on October 9, 2023 and a preliminary injunction hearing for October 17, 2023 in *Bella Health & Wellness v. Weiser*, No. 1:23-cv-939-DDD-SKC.

b. On September 21, 2023, another judge in the District of Colorado ordered accelerated proceedings in *St. Mary Catholic Parish v. Roy*, No. 1:23-cv-2079-JLK (D. Colo). The court ordered expedited full discovery (including multiple depositions) to begin right away, full summary judgment and motion to dismiss briefing, and a three-day live hearing, on December 19-21, 2023. The Court also ordered that dispositive motions or a renewed preliminary injunction be fully briefed by December 14, 2023.

c. A fee petition in *St. Vincent v. Ingham County*, No. 1:19-cv-1050-RJJ-PJG (W.D. Mich.) is currently due on October 9, 2023.

d. An oral argument in the Third Circuit in *Fernando Nunez v. Wolf*, No. 22-3076, is set for the week of October 23, 2023.

e. An amicus brief is due in this Court in *Huntsman v. Corp. of the Pres. of the Church of Jesus Christ of Latter-Day Saints*, No. 21-56056, on October 2, 2023.

    f. An amicus brief is due in this Court in *Markel v. Union of Orthodox Jewish Congregations of America*, No. 23-55088, on October 20, 2023.

7. All parties consent to the relief requested in this motion.

8. In addition, as of September 26, 2023, the Court Reporter has not completed the preliminary injunction hearing transcript which Plaintiffs requested on July 25, 2023. Accordingly, Plaintiffs are unable to review the transcript or prepare their Excerpts of Record.

9. Plaintiffs-Appellants have exercised diligence and will file their Opening Brief within the requested timeframe.

10. No prejudice to any party will result from the granting of this motion.

For the foregoing reasons, Plaintiffs-Appellants respectfully request an Order setting the following briefing schedule:

    a. Opening Brief due: October 25, 2023;

    b. Excerpts of Record due: October 25, 2023;

    c. Answering Brief due: November 22, 2023, or 28 days after service of the opening brief, whichever is earlier;

    d. Reply brief (if any) due: within 21 days after service of the last served answering brief.

September 26, 2023                    Respectfully submitted,

/s/ Eric C. Rassbach
ERIC C. RASSBACH
  *Counsel of Record*
DANIEL L. CHEN
THE BECKET FUND FOR
  RELIGIOUS LIBERTY
1919 Pennsylvania Ave. NW
  Suite 400
Washington, DC 20006
(202) 955-0095
*erassbach@becketlaw.org*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2023, the foregoing motion for an extension of time was filed electronically with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit through the Court's CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

/s/ Eric C. Rassbach
Eric C. Rassbach
