UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 10 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CHAYA LOFFMAN; et al.,

        Plaintiffs - Appellants,

 v.

CALIFORNIA DEPARTMENT OF EDUCATION; et al.,

        Defendants - Appellees.

No. 23-55714

D.C. No. 2:23-cv-01832-JLS-MRW
U.S. District Court for Central California, Los Angeles

**ORDER**

The answering brief submitted by California Department of Education and Tony Thurmond on January 8, 2024 is filed.

Within 7 days of this order, appellees are ordered to file 6 copies of the brief in paper format with red covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The supplemental excerpts of record submitted by California Department of Education and Tony Thurmond on January 8, 2024 are filed. Within 7 days of this order, appellees are ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white covers.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

    FOR THE COURT:

    MOLLY C. DWYER  
    CLERK OF COURT