# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 23-55714

**Case Name** Loffman, et al. v. Calif. Dept. of Education, et al.

Hearing Location (*city*) Pasadena

Your Name Thomas H. Prouty

List the sitting dates for the two sitting months you were asked to review:

May 6-10, May 13-17
June 3-7, June 10-14

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

June 7: Mandatory Settlement Conf. and Prehearing Conf. in Sacramento

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Thomas H. Prouty **Date** 01/24/24

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** *New 12/01/2018*