UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHAYA LOFFMAN; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION; et al.,<br><br>        Defendants - Appellees. | No. 23-55714<br><br>D.C. No. 2:23-cv-01832-JLS-MRW<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered October 28, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT